UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RISA BILLUPS, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v.  : | Civil Action No. 07-0367 (JR) |
| : | |
| DISTRICT OF COLUMBIA, : | |
| : | |
| Defendant. : | |

**ORDER**

Upon consideration of defendant's motion to dismiss [2], it appears that this case is not related within the meaning of LCvR 45 to <u>Jackson v. District of Columbia</u>, No. 07-0138(GK), but that its outcome will be determined by the decision of the Court of Appeals in <u>Gray v. District of Columbia</u>, No. 06-0144(RMU). It is accordingly

**ORDERED** that defendant's motion to dismiss is **denied without prejudice**. And it is further

**ORDERED** by the Court *sua sponte* that all further proceedings in this case are **stayed** pending the decision of the Court of Appeals on the appeal noticed April 5, 2007 in No. 06-0144.

JAMES ROBERTSON
United States District Judge