AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RISA BILLUPS, et al.

**SUMMONS IN A CIVIL CASE**

V.

GOVERNMENT OF THE DISTRICT OF COLUMBIA

CASE NUMBER 1:07CV00367

JUDGE: James Robertson

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 02/20/2007

TO: (Name and address of Defendant)

GOVERNMENT OF THE DISTRICT OF COLUMBIA
Serve: Robert Spagnoletti,
       Attorney General
       District of Columbia
       441 4th Street, N.W.
       Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul S. Dalton, Esq.
DALTON, DALTON & HOUSTON, P.C.
1008 Pendleton Street
Alexandria, VA 22314

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         FEB 20 2007

CLERK                                            DATE

(By) DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Risa Billups et al
Plaintiff(s)

Case Number: 1:07CV00367 JR

vs

Government of the District of Columbia
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on June 14, 2007 at 3:16 PM, I executed service of process upon **TONIA ROBINSON, AGENT FOR THE DISTRICT OF COLUMBIA, AUTHORIZED TO ACCEPT SERVICE OF ROBERT J. SPAGNOLETTI, ESQ. ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA** at 441 4th Street NW, 6th Floor, Washington, DC 20001, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form.

Tonia Robinson is described as a Black Female, approximately 5' 7" tall, 130-140 pounds, Brown eyes, Glasses, Brown hair, and 46 years of age. The undersigned further certifies that my place of business is: 7715 Huntsman Blvd., Springfield, VA 22153; 703-451-5555; that I am 46 years of age, Date of Birth 4/4/1961; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on June 14, 2007.

Date June 14, 2007.

_Mark Simons_
Mark Simons

District of Columbia
~~Commonwealth of Virginia, County of Fairfax~~
Subscribed and sworn to before me on June 14, 2007.

My Commission Expires: ~~05/31/09~~ 10-31-2011

NANCY M. MAYER-WHITTINGTON
CLERK

2007 JUN 18 PM 3:24

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

Ref.# 75974