UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RISA BILLUPS, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-0367 (JR) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

**NOTICE TO COUNSEL**

In light of the D.C. Circuit's grant of summary affirmance in Gray v. District of Columbia, No. 07-7061, decided August 2, 2007, this Court will proceed to rule upon defendant's motion to dismiss [2], absent objection filed within eleven days of the date of this notice.


                                        JAMES ROBERTSON
                                    United States District Judge