UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RISA BILLUPS, *et al.*,          :
                                 :
    Plaintiffs,              :
                                 :
  v.                             : Civil Action No. 07-0367 (JR)
                                 :
DISTRICT OF COLUMBIA,            :
                                 :
    Defendant.               :

**MEMORANDUM ORDER**

    The complaint in this case appears to raise two kinds of claims: (1) claims for fees over the statutory cap of $4,000.00, and (2) claims for fees "under the cap."

    It is now plain that the "over the cap" claims cannot survive the District's motion to dismiss. In light of the summary decision by the Court of Appeals in *Gray v. District of Columbia*, No. 06-00144 (filed Aug. 2, 2007), it is unmistakably clear that there is no problem, constitutional or otherwise, with the District's adherence to Congress's mandated cap on fees in cases brought under the IDEA. The plaintiffs therefore have not stated a claim upon which relief can be granted with respect to their claim for fees over the cap. Defendant's motion to dismiss [2] is accordingly **granted in part**.

    With respect to plaintiff's claims for fees "under the cap," the complaint is simply unclear. It alleges that plaintiffs (1) were prevailing parties, (2) requested fees under the cap, and (3) did not receive them in some cases, but it does

not identify any legal basis for granting these under-the-cap fees. Accordingly, **leave is granted to amend the complaint within thirty (30) days of this order** so that it more clearly states the factual and legal basis – if any – for the fees sought under the statutory cap of $4,000.00.

                                          JAMES ROBERTSON  
                                United States District Judge