## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RISA BILLUPS,                                    )
as next friend of the minor child,              )
S.B.                                            )
and                                             )
S.B., individually                             )
1400 Congress Place, SE #304                   )
Washington, DC 20020                           )
                                                )
and                                             )
                                                )
_____          )
CAROLYN JEPPSEN                                 )
as next friend of the minor child,              )
M.J.                                            )
and                                             )
M.J., individually                             )     Civil Action No. _____
5818 Chevy Chase Pkwy, NW                      )
Washington, DC 20015                           )
                                                )
and                                             )
                                                )
CLAUDETTE AUSTIN-JOHNSON                        )
as next friend of the minor child,              )
Ry.S.J.                                         )
and                                             )
Ry.S.J., individually                          )
5529 13th Street, NW                           )
Washington, DC 20002                           )
                                                )
and                                             )
                                                )
TONDALIEA BRAXTON                               )
as next friend of the minor child,              )
De.B.                                           )
and                                             )
De.B. individually                             )
1122 21th Street, NE                           )
Washington, DC 20002                           )
                                                )
and                                             )
                                                )
TONDALIEA BRAXTON,                              )
as next friend of the minor child,              )

Da.B.                                              )
and                                                )
Da.B., individually                                )
1122 21th Street, NE                               )
Washington, DC 20002                               )
                                                   )
and                                                )
                                                   )
VANESSA BROWN,                                     )
as next friend of the minor child,                 )
E.M.                                               )
and                                                )
E.M., individually                                 )
2700 Bruce Place, SE                               )
Washington, DC 20020                               )
                                                   )
and                                                )
                                                   )
JANICE ROBERTS,                                    )
as next friend of the minor child,                 )
T.R.                                               )
and                                                )
T.R., individually                                 )
1635 U Street, SE                                  )
Washington, DC 20020                               )
                                                   )
and                                                )
                                                   )
BETTY FLORENCE,                                    )
as next friend of the minor child,                 )
A.F.                                               )
and                                                )
A.F., individually                                 )
509 Oglethorpe Street, NW                          )
Washington, DC 20011                               )
                                                   )
and                                                )
                                                   )
ELLEN DOUGLASS DALTON                              )
as next friend of the minor child,                 )
Q.J., a ward of District of Columbia               )
and                                                )
Q.J., individually                                 )

1008 Pendleton Street                          )
Alexandria, VA 22314                           )
                                               )
and                                            )
                                               )
ELLEN DOUGLASS DALTON                          )
as next friend of the minor child,            )
C.D., a ward of District of Columbia           )
and                                            )
C.D., individually                             )
1008 Pendleton Street                          )
Alexandria, VA 22314                           )
                                               )
and                                            )
                                               )
HUNNORA CARTER-MAYRANT                         )
as next friend of the minor child,            )
P.M.                                           )
and                                            )
P.M., individually                             )
1525 F Street, NE, #C22                        )
Washington, DC 20002                           )
                                               )
and                                            )
                                               )
SHAQUANNA MILLER                               )
as next friend of the minor child,            )
L.M.                                           )
and                                            )
L.M., individually                             )
1218 Canal Street, SW                          )
Washington, DC 20024                           )
                                               )
and                                            )
                                               )
WILLIAM E. HOUSTON                             )
as next friend of the minor child,            )
O.L., a ward of District of Columbia           )
and                                            )
O.L., individually                             )
1008 Pendleton Street                          )
Alexandria, VA 22314                           )
                                               )

and                                              )
                                                 )
WILLIAM E. HOUSTON,                              )
as next friend of the minor child,              )
M.L., a ward of District of Columbia            )
and                                              )
M.L., individually                              )
1008 Pendleton Street                            )
Alexandria, VA 22314                             )
                                                 )
and                                              )
                                                 )
CHARMAINE CHINN                                  )
as next friend of the minor child,              )
T.C.                                             )
and                                              )
T.C., individually                               )
1445 Savannah Street, S.E. #102                 )
Washington, D.C. 20032                           )
                                                 )
and                                              )
                                                 )
OLIVER ROY                                       )
as next friend of the minor child,              )
N.R.                                             )
and                                              )
N.R., individually                               )
3430 23rd Street, SE                            )
Washington, DC 20020                             )
                                                 )
and                                              )
                                                 )
ELEANOR YOUNG                                    )
as next friend of the minor child,              )
J.C.,                                            )
and                                              )
J.C., individually                               )
3339 P Street, NW                                )
Washington, DC 20002                             )
                                                 )
and                                              )
                                                 )

4

SHELIA JOHNSON                          )
as next friend of the minor child,      )
S.J.,                                   )
and                                     )
S.J., individually                      )
4506 Douglas Street, NE                 )
Washington, DC 20019                    )
                                        )
and                                     )
                                        )
MONICA HEMPHILL                         )
as next friend of the minor child,      )
L.H.                                    )
and                                     )
L.H., individually                      )
711 21st Street, NE, Apt. 198           )
Washington, DC 20002                    )
                                        )
and                                     )
                                        )
CARRIE WILKINS                          )
as next friend of the minor child,      )
J.W.                                    )
and                                     )
J.W., individually                      )
2909 South Dakota Ave, NE,              )
Washington, DC 20002                    )
                                        )
and                                     )
                                        )
STEPHANIE SCOTT                         )
as next friend of the minor child,      )
W.S.                                    )
and                                     )
W.S., individually                      )
1743 Hobart Street                      )
Washington, DC 20009                    )
                                        )
and                                     )
                                        )
NATASHA GROOMS                          )
as next friend of the minor child,      )
T.G.                                    )

5

and                                             )
T.G., individually                              )
1428 L Street, SE, Apt. 1                        )
Washington, DC 20003                             )
                                                )
and                                             )
                                                )
CECILY ANDERSON                                  )
as next friend of the minor child,              )
C.A.                                            )
and                                             )
C.A., individually                              )
2105 I Street  NE #1                             )
Washington, DC 20002                             )
                                                )
and                                             )
                                                )
WILLIAM E. HOUSTON,                              )
as next friend of the minor child,              )
T.C.                                            )
and                                             )
T.C., individually,                             )
1008 Pendleton Street                            )
Alexandria, VA 22314                             )
                                                )
and                                             )
                                                )
WILLIAM E. HOUSTON,                              )
as next friend of the minor child,              )
M.E., ward of District of Columbia              )
and                                             )
M.E., individually                              )
1008 Pendleton Street                            )
Alexandria, VA 22314                             )
                                                )
and                                             )
                                                )
CARRIE WILKINS,                                  )
as next friend of the minor child,              )
D.W.                                            )
and                                             )
D.W., individually                              )
2909 South Dakota Ave NE                         )

Washington, DC 20018   )
           )
and         )
           )
NELLIE LYNCH,    )
as next friend of the minor child, )
A.F.          )
and         )
A.F., individually     )
647 Franklin Street, NE   )
Washington, DC 20017   )
           )
and         )
           )
CRYSTAL FORD,    )
as next friend of the minor child, )
D.F.          )
and         )
D.F., individually     )
4452 Douglas Street, NE   )
Washington, DC 20019   )
           )
and         )
           )
LINDA PARISH     )
as next friend of the minor child, )
C.P          )
and         )
C.P., individually     )
5408 N. Helen Burroughs Road  )
Washington, DC 20019   )
           )
and         )
           )
ELLEN DOUGLASS DALTON, )
as next friend of the minor child, )
C.M., ward of the District of Columbia )
and         )
C.M., individually     )
1008 Pendleton Street    )
Alexandria, VA 22314   )
           )
and         )

WILLIAM HOUSTON,                                )
as next friend of the minor child,             )
T.L., ward of the District of Columbia,        )
and                                            )
T.L.., individually                            )
1008 Pendleton Street                          )
Alexandria, VA 22314                           )
                                               )
and                                            )
                                               )
WILLIAM HOUSTON,                               )
as next friend of the minor child,             )
D.L., ward of the District of Columbia,        )
and                                            )
D.L., individually                            )
1008 Pendleton Street                          )
Alexandria, VA 22314                           )
                                               )
and                                            )
                                               )
CHARLISSA TOMLINSON,                           )
as next friend of the minor child,             )
K.T.                                           )
and,                                           )
K.T., individually                            )
215 54th Street, N.E.                          )
Washington, D.C. 20019                         )
                                               )
and                                            )
                                               )
WILLIAM E. HOUSTON,                            )
as next friend of the minor child,             )
J.H., ward of the District of Columbia,        )
and                                            )
J.H., individually                            )
1008 Pendleton Street                          )
Alexandria, VA 22314                           )
                                               )
and                                            )
                                               )
MARIAN HERBERT                                 )
as next friend of the minor child,             )

K.B.,                                            )
and                                              )
K.B., individually                              )
229 R. Street, N.E.                             )
Washington, D.C. 20002                          )
                                                )
and                                              )
                                                )
DIONNE ONLEY                                    )
as next friend of the minor child,             )
J.O.                                            )
and                                              )
J.O., individually                             )
4919 12th Street NE                          )
Washington, D.C. 20017                          )
                                                )
and                                              )
                                                )
LISA HENRY ADAMS                                )
as next friend of the minor child,             )
D.H.                                            )
and                                              )
D.H., individually                              )
2425 Naylor Road, SE                           )
Washington, DC 20020                            )
                                                )
and                                              )
                                                )
ELLEN DOUGLASS DALTON,                          )
as next friend of the minor child,             )
P.S., ward of the District of Columbia,        )
and                                             )
P.S., individually                              )
1008 Pendleton Street                           )
Alexandria, VA 22314                            )
                                                )
and                                              )
                                                )
CLAUDETTE AUSTIN-JOHNSON                         )
as next friend of the minor child,             )
Ra.S.J.                                         )
and                                             )
Ra.S.J., individually                          )

5529 13th Street, N.W.                          )
Washington, D.C. 20011                          )
                                                )
and                                             )
                                                )
WILLIAM E. HOUSTON,                             )
as next friend of the minor child,             )
Tv.L., ward of the District of Columbia,       )
and                                             )
Tv.L., individually                            )
1008 Pendleton Street                          )
Alexandria, VA 22314                            )
                                                )
and                                             )
                                                )
MIA BAILEY                                      )
as next friend of the minor child,             )
T.B.                                            )
and                                             )
T.B., individually                             )
5211 Cloud Place NE                            )
Washington, D.C. 20011                          )
                                                )
and                                             )
                                                )
PAIGE JENKINS                                   )
as next friend of the minor child,             )
D.B.                                            )
and                                             )
D.B., individually                             )
5228 Banks Place, NE                           )
Washington, DC 20019                            )
                                                )
and                                             )
                                                )
REGINA PIXLEY                                   )
as next friend of the minor child,             )
E.H.                                            )
and                                             )
E.H., individually                             )
5344 C Street, SE #302                         )
Washington, DC 20017                            )
                                                )

10

and                                             )
                                                )
RENNAE FORD                                     )
as next friend of the minor child,              )
W.P.                                            )
and                                             )
W.P., individually                              )
5618 Clay Place                                 )
Washington, DC 20019                            )
                                                )
and                                             )
                                                )
CASSANDRA WHISENTON                             )
as next friend of the minor child,              )
V.W.                                            )
and                                             )
V.W., individually                              )
119 Division Avenue, NE                         )
Washington, DC 20019                            )
                                                )
and                                             )
                                                )
ALICE BEGEMANN                                  )
as next friend of the minor child,              )
C.B.                                            )
and                                             )
C.B., individually                              )
2643 Douglass Road, SE #2                       )
Washington, DC 20020                            )
                                                )
v.                                              )
                                                )
GOVERNMENT OF THE DISTRICT OF                   )
COLUMBIA                                        )
A Municipal Corporation                         )
                                                )
                    Defendant.                  )
                                                )
Serve:                                          )
                                                )
Robert Spagnoletti,                             )
Attorney General                                )
District of Columbia                            )

11

441 4ᵗʰ Street, N.W.             )
Washington, DC 20001       )
                                    )
and                            )
                                    )
Mayor Adrian Fenty         )
Office of the Secretary     )
1350 Pennsylvania Avenue, N.W.  )
Washington, DC 20004       )
                                    )
_____  )

## AMENDED COMPLAINT

## JURISDICTION

**1.**    Jurisdiction of this Court is founded in 28 U.S.C. § 1331, and the Individuals with

Disabilities Education Improvement Act ("IDEA"), 20 U.S.C. § 1400, *et seq.*

**2.**    Each Plaintiff is a minor child, the parent/guardian, or court appointed educational advocate

of a minor child.  All Plaintiffs are or were residents or wards of the District of Columbia during

the time of the underlying administrative proceedings.

**3.**    Defendant is a municipal corporation.  As one of its governmental functions, Defendant

operates the District of Columbia Public Schools System ("DCPS").  DCPS is responsible for

affording children with disabilities in the District of Columbia all rights pursuant to IDEA and is

responsible for issuing checks in payment of reasonable attorneys' fees and costs incurred by the

Plaintiffs who prevail in pursuing claims under IDEA.

**4.**    All of the below cases and invoices for attorneys' fees were filed pursuant to 20 U.S.C.

1415(i)(3)(B-G), IDEIA regulations Section 300.517, and  the $4,000.00 cap as outlined in the

2006 District of Columbia's Appropriations Act.

**5.**    Section 122 of the District of Columbia Appropriations Act of 2006

("Section 122")[1]  caps "the fees of an attorney who represents a party in an action . . . including

an administrative proceeding, brought against the District of Columbia Public Schools under the

Individuals with Disabilities Education Act" at $4,000.00.  109 Pub. L. 115.

<u>FACTS</u>

**6.**    <u>**Mia Jeppsen**</u>

On January 23, 2006, a Due Process Hearing was held. Ellen D. Dalton, Esq., acted on

behalf of M.J. and her parent Carolyn Jeppsen.  The Hearing Officer ordered  DCPS to fund and

place the student at The River School for the 2005-2006 School Year.  Plaintiffs were therefore

the prevailing parties.

On February 6, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to

D.C.P.S. in the amount of $9,680.50.

To date, $ 4,000.00  has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is

$5,680.50.

**7.**    <u>**Shanika Billups**</u>

On January 12, 2006, a Due Process Hearing was held. Jessica Smith, Esq., acted on

behalf of S.B. and her parent Risa Billups.  The Hearing Officer ordered: DCPS to place and

fund the student at the Maryland School for the Blind for school year 2005-2006 and provide

transportation.  Plaintiffs were therefore the prevailing parties.

---

[1]         At the time of filing this Complaint, Congress had not yet passed the District of Columbia
Appropriations Act of 2007.

On February 6, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $10,430.00.

To date, $ 4,000.00 has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $6,430.00.

**8.    Raymond Stitt-Johnson**

On December 14, 2005, a Due Process Hearing was held. Ellen Douglass Dalton, Esq., acted on behalf of Ry.S.J. and his parent Claudette Austin-Johnson.  The Hearing Officer ordered DCPS fund placement at Accotink Alternative Learning Center.  Plaintiffs were therefore the prevailing parties.

On February 6, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $13,781.40.

To date, $ 4,000.00 has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $9,781.40.

On September 12, 2005, another  Due Process Hearing was held. Ellen Douglass Dalton, Esq., acted on behalf of Ry.S.J. and his parent Claudette Austin-Johnson.  The Hearing Officer ordered DCPS to fund an independent review of DCPS's clinical evaluation.  Plaintiffs were therefore the prevailing parties.

On February 6, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $ 3,718.00.

To date, $ 1,286.00  has been received.

The outstanding amount of attorneys' fees owed to Plaintiffs cap is $ 2,432.00.

The total outstanding amount owed under the cap is $2,432.00.

The total outstanding amount owed over the cap is $9,781.40.

### 9.   Demetri Braxton

On September 12, 2005, a Due Process Hearing was held. Laura E. Duos, Esq., acted on behalf of De.B. and his parent Tondaliea Braxton.  The Hearing Officer ordered: Psycho-Educational and Clinical Psychological Evaluations.  Plaintiffs were therefore the prevailing parties.

On March 23, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $ 1,482.00.

To date, $ 0.00  has been received.

The outstanding amount of attorneys' fees owed to Plaintiffs is $ 1,482.00.

### 10.   Darius Braxton

On September 12, 2005, a Due Process Hearing was held. Laura E. Duos, Esq., acted on behalf of  Da.B. and his parent Tondaliea Braxton.  The Hearing Officer ordered: Speech-Language and Occupational Therapy Evaluations.  Plaintiffs were therefore the prevailing parties.

On March 23, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $ 1,462.50.

To date, $ 0.00  has been received.

The outstanding amount of attorneys' fees owed to Plaintiffs is $ 1,462.50.

### 11.   Enoch Melson

On February 17, 2006, a Due Process Hearing was held. Talib A. Shahid, Esq., acted on behalf of E.M. and his parent Vanessa Brown. The Hearing Officer ordered: Psycho-Educational, Adaptive Vineland Assessment and Occupational Therapy Evaluation. Plaintiffs were therefore the prevailing parties.

On March 23, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $ 5,334.00.

To date, $ 4,000.00 has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $1,334.00.

## 12. **Traquan Roberts**

On February 21, 2006 and March 23, 2006, Due Process Hearings were held. Ellen D. Dalton, Esq., acted on behalf of T.R. and his parent Janice Roberts. The Hearing Officer ordered: Independent Clinical Psychological Evaluation and placement at High Road Primary School. Plaintiffs were therefore the prevailing parties.

On March 23, 2006, pursuant to I.D.E.A., two petitions for attorneys' fees were submitted to D.C.P.S. in the amount of $ 4,424.00 and $ 5,119.50, totaling $9,543.50

To date, $ 4,000.00 has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $5,543.50.

## 13. **Amber Florence**

On March 13, 2006, a Due Process Hearing was held. Ellen D. Dalton, Esq., acted on behalf of A.F. and her guardian Betty Florence. The Hearing Officer ordered: DCPS to

reimburse the guardian Betty Florence Four Hundred and Six Dollars and Twenty-Five Cents

($406.25) and to pay Dr. Emmanuel Olarinde's bill of One Thousand Three Hundred and Twenty

Dollars ($1,320) for his Clinical Neuropsychological Evaluation. Plaintiffs were therefore the

prevailing parties.

On March 23, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to

D.C.P.S. in the amount of $ 5,221.50.

To date, $ 1,799.50  has been received.

Although there is currently a $4,000.00 cap on attorneys' fees, the outstanding amount of

attorneys' fees owed to Plaintiffs under that cap is $ 2,200.50

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is

$1,221.50.

**14.    Quakeisha Jefferson**

On February 2, 2006, a Due Process Hearing was held. Ellen D. Dalton, Esq., court

appointed educational advocate, acted on behalf of Q.J., a ward of the District of Columbia.  The

Hearing Officer ordered DCPS to place and fund the student at the Accotink Alternative

Learning Center with transportation. Plaintiffs were therefore the prevailing parties.

On March 23, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to

D.C.P.S. in the amount of $ 10,609.50.

To date, $ 4,000.00  has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is

$6,609.50.

**15.    Curtis Dinkins**

On March 15, 2006, a Due Process Hearing was held. Ellen D. Dalton, Esq., court appointed educational advocate, acted on behalf of C.D., a ward of the District of Columbia.  The Hearing Officer ordered: an Occupational Therapy Evaluation, a Functional Behavior Assessment, and DCPS to fund and place the student at National Children's Center with transportation. Plaintiffs were therefore the prevailing parties.

On March 23, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $ 7,776.50.

To date, $ 3,510.50  has been received.

Although there is currently a $4,000.00 cap on attorneys' fees, the outstanding amount of attorneys' fees owed to Plaintiffs under that cap is $ 489.50.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $3,776.50.

**16.    <u>Phillip Mayrant</u>**

On April 3, 2006, a Due Process Hearing was held. Talib A. Shahid, Esq., acted on behalf of  P.M. and his parent Hunnora Carter-Mayrant.  The Hearing Officer ordered: Clinical Psychological, Speech-Language and Educational Evaluations.  Plaintiffs were therefore the prevailing parties.

On April 18, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $ 5,510.50.

To date, $ 4,000.00  has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $1,510.50.

17.    **LaVonte Miller**

On March 16, 2006, a Due Process Hearing was held. Jessica M. Smith, Esq., acted on behalf of L.M. and his parent Shaquanna Miller.  The Hearing Officer ordered: DCPS to fund an independent Clinical Evaluation and Occupational Therapy Evaluation.  Plaintiffs were therefore the prevailing parties.

On April 18, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $ 13,564.25

To date, $ 3,756.75  has been received.

Although there is currently a $4,000.00 cap on attorneys' fees, the outstanding amount of attorneys' fees owed to Plaintiffs under that cap is $ 243.25.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $9,564.25.

18.    **Ortria Lindsey**

On March 30, 2006, a Due Process Hearing was held. William E. Houston, Esq., court appointed educational advocate, acted on behalf of O.L., a ward of the District of Columbia.  The Hearing Officer ordered: Clinical Psychological, Psycho-Educational and Speech-Language Evaluations.  Plaintiffs were therefore the prevailing parties.

On April 18, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $ 6,215.00.

To date, $ 3,190.00  has been received.

Although there is currently a $4,000.00 cap on attorneys' fees, the outstanding amount of attorneys' fees owed to Plaintiffs under that cap is $ 810.00.

The outstanding amount of attorneys' fees owed to Plaintiffs over the $4,000.00 cap is $2,215.00.

## 19.    **Matalia Lindsey**

On March 30, 2006, a Due Process Hearing was held. William E. Houston, Esq., court appointed educational advocate, acted on behalf of M.L., a ward of the District of Columbia. The Hearing Officer ordered: Clinical Psychological, Psycho-Educational and Speech-Language Evaluations.  Plaintiffs were therefore the prevailing parties.

On April 18, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $ 5,610.00.

To date, $ 2,887.50  has been received.

Although there is currently a $4,000.00 cap on attorneys' fees, the outstanding amount of attorneys' fees owed to Plaintiffs under that cap is $ 1,112.50.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $1,610.00.

## 20.    **Tiyonte Chinn**

On March 21, 2006, a Due Process Hearing was held. Talib A. Shahid, Esq., acted on behalf of T.C, and his parent, Charmaine Chinn.  The Hearing Officer ordered: Clinical Psychological Evaluation. Plaintiffs were therefore the prevailing parties.

On April 18, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $ 6,315.00.

To date, $ 2,390.00  has been received.

Although there is currently a $4,000.00 cap on attorneys' fees, the outstanding amount of

attorneys' fees owed to Plaintiffs under that cap is $ 1,610.00.

The outstanding amount of attorneys' fees owed to Plaintiffs over the $4,000.00 cap is $2,315.00.

**21.    Nathaniel Roy**

On April 4, 2006, a due process hearing convened.  William E. Houston, Esq. acted on behalf of N.R. and his parent Oliver Roy.  The Hearing Officer ordered DCPS to conduct an audiological evaluation prior to May 8, 2006 and convene an MDT meeting prior to May 10, 2006.  Plaintiffs were therefore the prevailing parties.

On May 10, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $14,774.50.

To date, $ 4,000.00  has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $10,774.50.

**22.    Jackson Crowder**

On April 24, 2006 an HOD was issued.  William E. Houston, Esq. acted on behalf of J.C. and his parent Eleanor Young.  The Hearing Officer ordered DCPS to convene an MDT meeting within 20 calendar days to review all evaluations and determine the student's placement and develop a compensatory education plan.  Plaintiffs were therefore the prevailing parties.

On May 10, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $11,053.50.

To date, $ 4,000.00 has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is

$ 7,053.50.

On June 22, 2006, an HOD was issued. William E. Houston, Esq., acted on behalf of J.C. and his parent Eleanor P. Young.  The Hearing Officer found that DCPS had failed to comply with a prior Hearing Officer's Determination and denied FAPE to J.C..  The Hearing Officer ordered DCPS to immediately place and fund the student at the Benilde Program at St. John's College High School.  Plaintiffs were therefore the prevailing parties.

On July 25, 2006, pursuant to IDEA, a petition for attorneys' fees was submitted to DCPS in the amount of $ 3,135.00.

To date, $-0- has been received.

The total outstanding amount owed under the cap is $3,135.00.

The total outstanding amount owed over the cap is $7,053.50.

**23.    Shantelle Johnson**

On April 19, 2006, a Due Process Hearing was held. Talib Abdus-Shahid, Esq., acted on behalf of S.J. and her parent, Shelia Johnson.  The Hearing Officer ordered DCPS to convene an IEP meeting within ten school days.  Plaintiffs were therefore the prevailing parties.

On May 10, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $6,375.00.

To date, $ 2,690.00  has been received.

Although there is currently a $4,000.00 cap on attorneys' fees, the outstanding amount of attorneys' fees owed to Plaintiffs under that cap is $ 1,310.00

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $ 2,375.00.

22

24. **Larisha Hemphill**

On April 19, 2006, a Due Process Hearing was held. Talib Abdus-Shahid, Esq., acted on behalf of L.H. and her parent, Monica Hemphill.  The Hearing Officer ordered DCPS to fund an independent speech and language evaluation and to convene an MDT meeting within fifteen days of receiving the evaluation.  Plaintiffs were therefore the prevailing parties.

On May 10, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $8,222.50.

To date, $ 4,000.00 has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $ 4,222.50.

25. **Joanetta Wilkins**

On April 24, 2006, a Due Process Hearing was held. Talib Abdus-Shahid, Esq., acted on behalf of J.W., and her parent, Carrie Wilkins.  The Hearing Officer ordered DCPS to fund ten hours of speech-language services, if it failed by April 28, 2006 to produce evidence that such services were previously rendered.  Plaintiffs were therefore the prevailing parties.

On May 10, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $9,002.00.

To date, $ 4,000.00 has been received.

The outstanding amount of attorneys' fees owed to Plaintiffs over the cap is $ 5,002.00.

26. **Wesley Scott**

On April 27, 2006, a due process hearing convened.  Ellen Douglass Dalton, Esq. acted on behalf of W.S. and his parent Stephanie Scott.  The Hearing Officer ordered DCPS to

reimburse the parents for tuition at the River School and to fund the student's placement at the River School.  Plaintiffs were therefore the prevailing parties.

On May 10, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $14,908.50.

To date, $ 4,000.00 has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $10,908.50.

**27.    <u>Tymia Grooms</u>**

On May 3, 2006, a due process hearing convened.  Ellen Douglass Dalton, Esq. acted on behalf of T.G. and her parent Natasha Grooms.  The Hearing Officer ordered DCPS to fund placement for the student at Accotink Academy, to fund an independent speech and language evaluation, and to convene an MDT meeting.  Plaintiffs were therefore the prevailing parties.

On May 10, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $7,435.50.

To date, $ 4,000.00 has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $ 3,435.50.

On August 23, 2006, a  a due process hearing convened.  Ellen Douglass Dalton, Esq. acted on behalf of T.G. and her parent Natasha Grooms. The Hearing Officer ordered DCPS place and fund the student at Accotink Academy with transportation for the school year 2006/2007.  Plaintiffs were therefore the prevailing parties.

On September 14, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted

to D.C.P.S. in the amount of $ 6,969.00

To date, $ -0-  has been received.

The outstanding amount of attorneys' fees owed to Plaintiff under the $4,000.00 cap is $4,000.00.

The outstanding amount of attorneys' fees owed to Plaintiffs over the $4,000.00 cap is 2,969.00.

The total outstanding amount owed under the cap is $4,000.00.

The total outstanding amount owed over the cap is $6,404.50.

## 28.    Calvin Anderson

On April 25 and May 8, 2006, Due Process Hearings were held. Jessica M. Smith, Esq., acted on behalf of C.A. and his parent Cecily Anderson.  The Hearing Officer ordered: an independent neuropsychological evaluation(including a comprehensive psychological evaluation), an audiological evaluation (including auditory processing and language processing), an occupational therapy evaluation, and a classroom observation.  Plaintiffs were therefore the prevailing parties.

On June 26, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $ 11,016.50

To date, $ -0-  has been received.

Although there is currently a $4,000.00 cap on attorneys' fees, the outstanding amount of attorneys' fees owed to Plaintiffs under that cap is $ 4,000.00

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $ 7,016.50.

25

On June 29, 2006, a Due Process Hearing was held.  Jessica M. Smith, Esq. acted on behalf of C.A. and his parent Cecily Anderson.  The Hearing Officer ordered: DCPS to immediately issue a Prior Notice placing C.A. at Lindamood Bell Learning Processes for the summer 2006 with transportation..  Plaintiffs were therefore the prevailing parties.

On July 25, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $ 5,038.39.

To date, $ 4,000.00  has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $1,038.39.

_____The total outstanding amount owed under the cap is $ 4,000.00**.**

_____The total outstanding amount owed over the cap is $ 8,054.89.

### 29.    Timothy Cousins

On April 25, 2006 and May 12, 2006, Due Process Hearings were held. William E. Houston, Esq.,  acted on behalf of T.C. an adult student.  The Hearing Officer ordered: DCPS to fund the student's current placement at NCIA, Woodlawn, Maryland and Youth in Transition School, Woodlawn, Maryland for their failure to convene an MDT/ Transition meeting. Plaintiff was therefore the prevailing party

On June 22, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $ 10,402.50

To date, $ 4,000.00  has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $6,402.50.

30.  **Michael Edmonson**

On May 3, 2006, a Due Process Hearing was held. William E. Houston, Esq., court appointed educational advocate, acted on behalf of M.E., a ward of the District of Columbia. The Hearing Officer ordered: DCPS to conduct a Psycho-Educational, Clinical Psychological, Psychiatric, Speech-Language Evaluations and Neurological Evaluation. Plaintiffs were therefore the prevailing parties.

On June 22, 2006, pursuant to I.D.E.A., two petitions for attorneys' fees were submitted to D.C.P.S. in the amount of $ 2,915.00 and $3,865.00 respectively.

On September 14, 2006, pursuant to I.D.E.A., a subsequent petition for attorneys' fees was submitted to D.C.P.S. in the amount of $7,792.50 which combined the previous two invoices and added additional time.

To date, $-0- has been received.

Total amount of attorneys' fees owed to Plaintiff under the $4,000.00 cap is $4,000.00.

Total amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $3,792.50.

31.  **Desmond Wilkins**

On May 22, 2006, a Due Process Hearing was held. William E. Houston, Esq., acted on behalf of D.W., and his parent Carrie Wilkins. The Hearing Officer ordered: DCPS to convene an MDT meeting to comply with the prior Hearing Officer's Determination. Plaintiffs were therefore the prevailing parties.

On June 22, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $ 9,105.00.

To date, $ 4,000.00 has been received.

27

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $5,105.00.

**32.    <u>Arjahanea Ferguson</u>**

On June 6, 2006, a Due Process Hearing was held. William E. Houston, Esq., acted on behalf of A.F., and her parent Nellie Lynch. The Hearing Officer ordered DCPS to fund an independent educational and comprehensive psychological evaluation. Plaintiffs were therefore the prevailing parties.

On June 22, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $ 8,140.00.

To date, $ 4,000.00  has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $4,140.00.

**33.    <u>Danielle Ford</u>**

On May 15, 2006, a Due Process Hearing was held. Paul S. Dalton, Esq., acted on behalf of D.F., and her mother Crystal Ford.  The Hearing Officer Ordered DCPS to perform a Psycho-Educational Evaluation, a Comprehensive Psychological Evaluation, a Speech & Language Evaluation and a social history. Plaintiffs were therefore the prevailing parties.

On June 22, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $ 6,540.00.

To date, $4,000.00 has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $2,540.00.

28

34.    **Charles Parrish**

On June 26, 2006, a Due Process Hearing was held.  William E. Houston, Esq. acted on behalf of C..P. and his parent Linda Parrish.  The Hearing Officer ordered DCPS to fund a dedicated aide for the student at Accotink for the 2006-2007 school year.   Plaintiffs were therefore the prevailing parties.

On July 25, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $ 6,520.00.

To date, $4,000.00  has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $2,520.00.

35.    **Cequon Marshall**

On July 10, 2006, a Due Process Hearing was held. Ellen Douglass Dalton, Esq., court appointed educational advocate, acted on behalf of  C.M., a ward of the District of Columbia. The Hearing Officer ordered: DCPS to fund the an independent clinical evaluation; to convene a MDT/eligibility meeting to review the student's previous ineligibility as LD and consider and other disability classifications as a result of the clinical evaluation.  Plaintiff was therefore the prevailing party.

On July 25, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $ 4,382.00.

 To date, $ 4,000.00  has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $382.00.

36.    **Tatriano Lindsey**

On July 18, 2006 , a Due Process Hearing was held.  William E. Houston, Esq., court appointed educational advocate, acted on behalf of T.L., a ward of the District or Columbia. The Hearing Officer ordered DCPS to provide copies of all of the student's education records. Plaintiffs were therefore the prevailing parties.

On August 15, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $9,405.00

To date, $ -0- has been received.

The outstanding amount of attorneys' fees owed to Plaintiff under the $4,000.00 cap is $4,000.00.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $5,405.00.

37.    **David Lemon**

On July 24, 2006 , a Due Process Hearing was held.  William E. Houston, Esq., court appointed educational advocate, acted on behalf of D.L., a ward of the District or Columbia. The Hearing Officer ordered DCPS to perform a psychological evaluation and convene an MDT/IEP meeting.  Plaintiffs were therefore the prevailing parties.

On August 15, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $10,992.50.

To date, $ -0- has been received.

The outstanding amount of attorneys' fees owed to Plaintiff under the $4,000.00 cap is $4,000.00.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $6,992.50.

**38.   Kevin Tomlinson**

On July 19, 2006 , a Due Process Hearing was held.  William E. Houston, Esq., acted on behalf of K.T., and his mother Charlissa Tomlinson. The Hearing Officer granted all the relief requested and ordered DCPS to convene an IEP/ placement meeting within 15 business days to revise the IEP, discuss and decide placement and discuss the student's Carnegie units.   Plaintiffs were therefore the prevailing parties.

On August 15, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $7,452.50.

To date, $-0-  has been received.

The outstanding amount of attorneys' fees owed to Plaintiff under the $4,000.00 cap is $4,000.00.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $3,452.50.

**39.   Jamar Hill**

On June 27, 2006 , a Due Process Hearing was held.  William E. Houston, Esq., court appointed educational advocate, acted on behalf of J.H., a ward of the District or Columbia.  The Hearing Officer ordered DCPS to conduct a Level 2 vocational assessment within 45 days giving the parent the right to obtain an independent assessment if the evaluation is not completed within the required time period, perform a psychological evaluation and convene an MDT/IEP meeting. Plaintiffs were therefore the prevailing parties.

31

On August 15, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $11,934.00.

To date, $-0- has been received.

The outstanding amount of attorneys' fees owed to Plaintiff under the $4,000.00 cap is $4,000.00.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $7,934.00.

**40.    Kristel Blount**

On July 10, 2006 , a Due Process Hearing was held. Laura E. Duos, Esq., acted on behalf of K.B., and her mother Marian Herbert. The Hearing Officer ordered DCPS to immediately provide the student's assistive technology to the student's current school.  Plaintiffs were therefore the prevailing parties.

On August 15, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $3,473.50.

To date, $ -0- has been received.

The outstanding amount of attorneys' fees owed to Plaintiffs is $3,473.50.

**41.    John Onley**

On June 26, 2006, Paul S. Dalton, Esq. entered into a settlement agreement with DCPS on behalf of John Onley and his mother, Dionne Onley.   DCPS agreed to fund an independent clinical evaluation and functional behavior assessment.  DCPS also agreed to pay reasonable attorneys' fees up to $4,000.00.

On August 15, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to

D.C.P.S. in the amount of $6,117.50.

To date, $-0- has been received.

The outstanding amount of attorneys' fees owed to Plaintiff is $4,000.00.

## 42. <u>Deone Henry</u>

On July 26, 2006, a Due Process Hearing was held.  William E. Houston, Esq., acted on

behalf of D.H., and his parent Lisa Henry Adams.  The Hearing Officer ordered DCPS to fund an

independent clinical evaluation, psychoeducational evaluation, neuropsychological evaluation

and occupatonal therapy evaluation.  Plaintiffs were therefore the prevailing parties.

On September 14, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted

to D.C.P.S. in the amount of $8,112.50.

To date, $ 4,000.00 has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is

$4,112.50.

On September 20, 2006 a Due Process Hearing was held.  William E. Houston, Esq.

acted on behalf of Deone Henry and his parent Lisa Henry Adams.  The Hearing Officer entered

a directed verdict, finding that DCPS failed to provide appropriate related services to the student

and therefore denied the student a FAPE.  The Hearing Officer ordered DCPS to convene an

MDT/IEP meeting to develop and implement an appropriate Compensatory Education Plan.

Plaintiffs were therefore the prevailing parties.

On October 19, 2006, pursuant to I.D.E.I.A., a petition for attorneys' fees was submitted

to D.C.P.S. in the amount of $4,320.00.

To date, $3,480.00  has been received.

Although there is currently a $4,000.00 cap on attorneys' fees, the outstanding amount of attorneys' fees owed to Plaintiffs under that cap is $520.00.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $320.00.

The total outstanding amount owed under the cap is $ 520.00.

The total outstanding amount owed over the cap is $4,432.50.

43.    **Patricia Smith**

On August 11, 2006 , a Due Process Hearing was held.  Paul S. Dalton, Esq., court appointed educational advocate, acted on behalf of P.S., a ward of the District or Columbia.  The Hearing Officer ordered DCPS to place and fund the student at Accotink Academy for the 2006-2007 school year.  Plaintiffs were therefore the prevailing parties.

On September 14, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $4,508.00

To date, $-0- has been received.

The outstanding amount of attorneys' fees owed to Plaintiff under the $4,000.00 cap is $4,000.00.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $ 508.00.

44.    **Ramona Stitt-Johnson**

On August 21, 2006, a Due Process Hearing was held.  Ellen Douglass Dalton, Esq., acted on behalf of Ra.S.J. and her mother Claudette Austin-Johnson. The Hearing Officer ordered DCPS to place and fund the student at The High Road School of Washington for the

2006-2007 school year.   Plaintiffs were therefore the prevailing parties.

On September 14, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $6,858.50.

To date, $ 4,000.00 has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $2,858.50.

## 45.   Tiovanni Lindsey

On August 22, 2006 , a Due Process Hearing was held.  William E. Houston, Esq., court appointed educational advocate, acted on behalf of Tv.L., a ward of the District or Columbia. The Hearing Officer ordered DCPS to fund an independent clinical evaluation, psychoeducational evaluation, neuropsychological evaluation, psychiatric evaluation and a speech and language evaluation.  Plaintiffs were therefore the prevailing parties.

On September 14, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $10,100.00.

To date, $-0-  has been received.

The outstanding amount of attorneys' fees owed to Plaintiff under the $4,000.00 cap is $4,000.00.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $6,100.00.

## 46.   Tyrie Bailey

On August 3, 2006, a Due Process Hearing was held.  Ellen Douglass Dalton, Esq., acted on behalf of T.B. and her mother Mia Bailey. The Hearing Officer ordered DCPS to fund an

independent a clinical evaluation, psychoeducational evaluation, and a speech and language evaluation.  Plaintiffs were therefore the prevailing parties.

On September 14, 2006, pursuant to I.D.E.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $8,100.50.

To date, $4,000.00  has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $4,100.50.

**47.**   **Derrick Brown**

On September 15, 2006 a Due Process Hearing was held.  Ellen Douglass Dalton, Esq. acted on behalf of Derrick Brown and his parent Paige Jenkins.  The Hearing Officer found that DCPS had defaulted on its I.D.E.I.A. obligations, and therefore denied the student a FAPE.  The Hearing Officer ordered DCPS to immediately place and fund the student at the Episcopal Center or Children in Washington, DC for the 2006-2007 school year.  Plaintiffs were therefore the prevailing parties.

On October 19, 2006, pursuant to I.D.E.I.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $5,482.00.

To date, $ 4,000.00 has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $1,482.00.

**48.**   **Eugene Hill**

On September 18, 2006 a Due Process Hearing was held.  Laura E. Duos, Esq. acted on behalf of Eugene Hill and his parent Regina Pixley.  The Hearing Officer ordered: DCPS to fund

placement at Accotink Academy.  The Plaintiffs were therefore the prevailing parties.

On November 15, 2006, pursuant to I.D.E.I.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $6,438.50.

To date, $ 4,000.00  has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is $2,438.50.

**49.    William Perry**

On September 20, 2006, DCPS entered into a Settlement Agreement.   Ellen Douglass Dalton, Esq., acted on behalf of William Perry and his parent Renee Ford.  In the Settlement Agreement, DCPS agreed to pay reasonable attorney fees not to exceed $1,000.00.

On November 15, 2006, pursuant to I.D.E.I.A., a petition for attorneys' fees was submitted to D.C.P.S. in the amount of $2,103.50.

To date, $ -0-  has been received.

The outstanding amount of attorneys' fees owed to Plaintiffs pursuant to the Settlement Agreement is $ 1,000.00.

**50.    Voydevasco Whisenton**

On August 23, 2006 a Due Process Hearing was held.  Ellen Douglass Dalton, Esq. acted on behalf of Voydevasco Whisenton and his parent Casandra Whisenton.  The Hearing Officer incorporated a partial agreement of the parties in his decision and found that DCPS shall immediately place and fund the student at High Road School of Prince Georges County in Maryland for the 2006-2007 school year.  Plaintiffs were therefore the prevailing parties.

On November 15, 2006, pursuant to I.D.E.I.A., a petition for attorneys' fees was

submitted to D.C.P.S. in the amount of $13,594.68.

To date, $ 4,000.00  has been received.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is

$9,594.68

**51.    Cardell Begemann**

On October 3, 2006 a Due Process Hearing was held.  Ellen Douglass Dalton, Esq. acted

on behalf of Cardell Begemann and his parent Alice Begemann. The Hearing Officer ordered

DCPS to fund an independent occupational therapy evaluation and to place and fund the student

at the High Road Primary School.  Plaintiffs were therefore the prevailing parties.

On November 15, 2006, pursuant to I.D.E.I.A., a petition for attorneys' fees was

submitted to D.C.P.S. in the amount of $6,490.00.

To date, $ 2,969.00  has been received.

Although there is currently a $4,000.00 cap on attorneys' fees, the outstanding amount of

attorneys' fees owed to Plaintiffs under that cap is $1,031.00.

The outstanding amount of attorneys' fees owed to Plaintiff over the $4,000.00 cap is

$2,490.00.

**COUNT ONE**

**52**.    Plaintiff repeats and realleges paragraphs 1 - 51.

**53**.    An incongruity continues to exist between Section 122 of the District of Columbia

Appropriations Act of 2006 and the provision of the IDEA that permits Courts to award

attorneys' fees.  Section 122 arbitrarily caps "the fees of an attorney who represents a party in an

action . . . including an administrative proceeding, brought against the District of Columbia

38

Public Schools under the Individuals with Disabilities Education Act" at $4,000.00. 109 Pub. L.

115. However, Section 122 is silent as to where Congress gets its authority to restrict an Article

III Court's ability to award and enforce judgments in IDEA cases. Case law is consistent in

interpreting Section 122 as allowing Courts to order attorney fees in excess of the $4,000.00

cap;[2] however, under Section 122, the District of Columbia cannot use the funds appropriated to

it by Congress to pay for attorney fees in excess of $4,000.00. In *Calloway v. D.C.*, the D.C.

Circuit "recognize[d] the potential incongruity of courts' awarding fees that [Section 122]

prohibits the District from paying during the same fiscal year." 216 F.3d 1, 10 (D.C. Cir. 2000).

Consistent with the holdings of the U.S. Supreme Court,[3] the Circuit Court left it to Congress to

resolve the incongruity between the IDEA and Section 122. *See Id.* Congress reauthorized the

IDEA in 2004 (the new law went into effect on July 1, 2005). In this most recent

reauthorization, Congress added mandatory resolution sessions prior to holding a due process

hearing in an effort to give the schools and the parents the opportunity to resolve the

disagreements in a constructive and positive way and without involving attorneys. If, however,

the matter cannot be resolved at the resolution session, the parent is permitted to proceed to a due

process hearing with legal representation. Pursuant to § 1415 of the IDEA, the prevailing party

may recover reasonable attorneys' fees. In reauthorizing the IDEA, however, Congress failed to

resolve the continuing incongruity that exists between Section 122 and the IDEA. Congress

recognized that the cap exists; however, Congress did not attempt to reconcile the conflict.

---

[2]        *See Blackman v. D.C.*, 150 F. Supp. 2d 133 (D.D.C. 2001); *Blackman v D.C.*, 397 F. Supp. 2d 12 (D.D.C. 2005).

[3]        *See TVA v. Hill*, 437 U.S. 153 (1978) (leaving it to Congress to resolve the incongruity of appropriating funds for a dam that another statute prohibited).

*See* 20 U.S.C. § 1415(i)(3)(B)(ii).  Thus, the Courts cannot leave it up to Congress to resolve this issue.

**COUNT TWO**

**54**.    Plaintiff repeats and realleges paragraphs 1 - 51.

**55**.     Section 122 arbitrarily caps "the fees of an attorney who represents a party in an action . . . including an administrative proceeding, brought against the District of Columbia Public Schools under the Individuals with Disabilities Education Act" at $4,000.00.  109 Pub. L. 115.  There is no support justifying why the cap is set at $4,000.00.  Nationally, the District of Columbia is the only local education agency that places a limit on attorneys' fees.  The cap was originally put into place in an attempt to allocate more resources to special education in the District of Columbia and curb the growth of legal expenses.  This arose in part due to a Compliance Agreement entered into by the U.S. Secretary of Education and DCPS in 1998 "mandating that DCPS 'be in full compliance with the requirements of [IDEA in] no later than three years.'" *Calloway*, 216 F.3d at 4; *see also* 63 Fed. Reg. 41370.   However, it is now 2007 and DCPS is far from being in full compliance with IDEA.  Therefore, the cap has not had the intended effect of improving DCPS's compliance with the requirements of IDEA.  Furthermore, in light of the recent decision by the United States Supreme Court, the cap undermines the purpose behind the IDEA by limiting the procedural safeguards of low-income families.  In *Schaffer v. Weast*, the Supreme Court stated, "Litigating a due process complaint is an expensive affair, costing schools approximately $8,000.00 - $12,000.00 per hearing."  126 S. Ct. 528, 535 (2005).  Additionally, the Supreme Court held that prevailing parents cannot recover experts fees in IDEA cases.  *See Arlington Cent. Sch. Dist. Bd. of Educ. v. Murphy,* 126 S. Ct. 2455, 2457

(U.S. 2006).  There is no effective remedy for District of Columbia residents in complex IDEA

cases, because the District of Columbia cap restricts low-income parents from being able to

afford such costly litigation.  The cap effectively limits the access of District of Columbia's poor

families to quality legal representation, which impairs their due process protections under the

IDEA.

## RELIEF

WHEREFORE, Plaintiffs respectfully request that this honorable Court:

A.       Find that the cap imposed under Section 122 of the District of Columbia Appropriations

Act of 2006 is arbitrary and limits access to the due process protections provided by the IDEA;

B.       Find that the Defendant has, with respect to each Plaintiff, deprived said Plaintiff of

 rights,

privileges, and the benefits that are available and secured by the laws of the United States,

specifically 20 U.S.C. § 1400 *et seq.*;

C.     Award each Plaintiff damages as follows:

**Relief Sought Under the Cap**:

| | |
|---|---|
| Raymond Stitt-Johnson and Claudette Austin-Johnson | $ 2,432.00 |
| Demetri Braxton and Tondaliea Braxton | $ 1,482.00 |
| Darius Braxton. and Tondaliea Braxton | $ 1,462.50 |
| Amber Florence and Betty Florence | $ 2,200.50 |
| Curtis Dinkins, ward of District of Columbia | $  489.50 |
| LaVonte Miller and Shaquanna Miller | $  243.25 |
| Ortia Lindsey, ward of the District of Columbia | $  810.00 |
| Matalia Lindsey, ward of the District of Columbia | $ 1,112.50 |
| Tiyonte Chinn. and Charmaine Chinn | $ 1,610.00 |

| | |
|---|---|
| Jackson Crowder and Eleanor Young | $ 3,135.00 |
| Shantelle Johnson and Shelia Johnson | $ 1,310.00 |
| Tymia Grooms and Natasha Grooms | $ 4,000.00 |
| Calvin Anderson and Cecily Anderson | $ 4,000.00 |
| Michael Edmondson, ward of the District of Columbia | $ 4,000.00 |
| Tatriano Lindsey, ward of the District of Columbia | $ 4,000.00 |
| David Lemon, ward of the District of Columbia | $ 4,000.00 |
| Kevin Tomlinson and Charlissa Tomlinson | $ 4,000.00 |
| Jamar Hill, ward of the District of Columbia | $ 4,000.00 |
| Kristel Blount and Marian Herbert | $ 3,473.50 |
| John Onley and Dionne Onley | $ 4,000.00 |
| Deone Henry and Lisa Henry Adams | $    520.00 |
| Patricia Smith, ward of the District of Columbia | $ 4,000.00 |
| Tiovanni Lindsey, ward of the District of Columbia | $ 4,000.00 |
| William Perry and Renee Ford | $1,000.00 |
| Cardell Begemann and Alice Begemann | $1,031.00 |

Totaling **$ 62,311.75**  under the cap.

**Relief Sought Over the Cap**:

| | |
|---|---|
| Mia Jeppsen and Carolyn Jeppsen | $ 5,680.50 |
| Shanika Billups and Risa Billups | $ 6,430.00 |
| Raymond Stitt-Johnson and Claudette Austin-Johnson | $ 9,781.40 |
| Enoch Melson and Vanessa Brown | $ 1,334.00 |
| Trayquon Roberts and Janice Roberts | $ 5,543.50 |
| Amber Florence and Betty Florence | $ 1,221.50 |
| Quakeisha Jefferson, ward of District of Columbia | $ 6,609.50 |
| Curtis Dinkins, ward of District of Columbia | $ 3,776.50 |
| Phillip Mayrant and Hunnora Carter-Mayrant | $ 1,510.50 |
| LaVonte Miller and Shaquanna Miller | $ 9,564.25 |
| Ortria Lindsey, ward of the District of Columbia | $ 2,215.00 |
| Matalia Lindsey, ward of the District of Columbia | $ 1,610.00 |

| | |
|---|---|
| Tiyonte Chinn and Charmaine Chinn | $ 2,315.00 |
| Nathaniel Roy and Oliver Roy | $10,774.50 |
| Jackson Crowder and Eleanor Young | $ 7,053.50 |
| Shantell Johnson and Shelia Johnson | $ 2,375.00 |
| Larisha Hemphill and Monica Hemphill | $ 4,222.50 |
| Joanetta Wilkins and Carrie Wilkins | $ 5,002.00 |
| Wesley Scott and Stephanie Scott | $10,908.50 |
| Tymia Grooms and Natasha Grooms | $ 6,404.50 |
| Calvin Anderson and Cecily Anderson | $ 8,054.89 |
| Timothy Cousins, adult student | $ 6,402.50 |
| Michael Edmondson, ward of the District of Columbia | $ 3,792.50 |
| Desmond Wilkins and Carrie Wilkins | $ 5,105.00 |
| Arjahnea Ferguson and Nellie Lynch | $ 4,140.00 |
| Danielle Ford and Crystal Ford | $ 2,540.00 |
| Charles Parrish and Linda Parrish | $ 2,520.00 |
| Cequon Marshal, ward of the District of Columbia | $   382.00 |
| Tatriano Lindsey, ward of the District of Columbia | $ 5,405.00 |
| David Lemon, ward of the District of Columbia | $ 6,992.50 |
| Kevin Tomlinson and Charlissa Tomlinson | $ 3,452.50 |
| Jamar Hill, ward of the District of Columbia | $ 7,934.00 |
| Deone Henry, and Lisa Henry Adams | $ 4,432.50 |
| Patricia Smith, ward of the District of Columbia | $   508.00 |
| Ramona Stitt-Johnson and Claudette Austin-Johnson | $ 2,858.50 |
| Tiovanni Lindsey, ward of the District of Columbia | $ 6,100.00 |
| Tyrie Bailey and Mia Bailey | $ 4,100.50 |
| Derrick Brown and Paige Jenkins | $ 1,482.00 |
| Eugene Hill and Regina Pixley | $ 2,438.50 |
| Voydevasco Whisenton and Casandra Whisenton | $ 9,594.68 |
| Cardell Begemann and Alice Begemann | $ 2,490.00 |

Totaling **195,057.72** over the cap.

Total combined amount of Relief sought  **$257,369.47.**

D.     Award to each Plaintiff pre-judgment interest and post-judgment interest on each damage

award;

E.     Award Plaintiffs the attorneys' fees and costs incurred by virtue of the instant lawsuit;

and

F.     Award any other relief this Court deems appropriate and just.

Respectfully submitted,

_____/s/_____
Paul S. Dalton, Esq. (Bar. No. 439118)
DALTON & DALTON, P.C.
1008 Pendleton Street
Alexandria, VA 22314
(703) 739-4300
(703)-739-2323 (fax)

_____/s/_____
Ellen Douglass Dalton, Esq. (Bar. No. 411612)
DALTON & DALTON P.C.
1008 Pendleton Street
Alexandria, VA 22314
(703) 739-4300
(703)-739-2323 (fax)

Counsel for Plaintiffs