**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| RISA BILLUPS, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 07-0367 (JR) |
| DISTRICT OF COLUMBIA, | : | |
| Defendant. | : | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE A RESPOPNSE TO PLAINTIFFS' AMENDED COMPLAINT**

Defendant, by and through counsel, pursuant to FRCP 6 (b)(1), respectfully moves this honorable Court for an extension of time, up to and including October 22, 2007, to file a response to Plaintiffs' Amended Complaint, currently due on October 16, 2007. As grounds for said request, the undersigned states that due to an overburdened schedule she is unable to timely file a response. Plaintiffs have consented to this extension of time and will not be prejudiced by the delay.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor North
Washington, DC 20001
(202) 442-9842
FAX - (202) 727-3625
E-mail – maria.merkowitz@dc.gov

October 15, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RISA BILLUPS, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 07-0367 (JR) |
| | : | |
| DISTRICT OF COLUMBIA, | : | |
| | : | |
| Defendant. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. FRCP 6 (b) (1)

2. The inherent powers of the court.

3. Plaintiffs' consent to this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
for the District of Columbia
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.,
Suite 6-South
Washington, DC 20001
(202) 442-9842
FAX 727-3625

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| RISA BILLUPS, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 07-0367 (JR) |
| DISTRICT OF COLUMBIA, | : | |
| Defendant. | : | |

## ORDER

Upon consideration of Defendant's Consent Motion for an Extension of time to file a response to Plaintiffs' Amended Complaint and the entire record herein, it is this ___________________day of ________________ 2007, hereby

ORDERED, that the Defendant's Motion is granted, and,

IT IS FURTHER ORDERED, that defendant shall have up to and including October 22, 2007, in which to file its response to Plaintiffs' Amended Complaint.

____________________________________
United States District Court Judge